Robb Hewitt, Attorney at Law (CB#158751)
LAW OFFICES OF ROBB HEWITT
1317 – 15th Street, Suite A
Sacramento, CA 95814
(916) 447-2012
Attorney for Capitol Waste, Inc.
Iva Whitmire, Kenneth R. Whitmire

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                                         )<br>            Plaintiff,                           )<br>   vs.                                              )<br>                                                         )<br>CAPITOL WASTE, INC. IVA WHITMIRE, )<br>KENNETH R. WHITMIRE,             )<br>                                                         )<br>            Defendants.                      )<br>                                                         )<br>_____ ) | Case No.: 2:08-CV-02378-JAM-EFB<br><br>**STIPULATION FOR ENTRY OF ORDER GRANTING PRELIMINARY INJUNCTION**<br><br>Hearing Date: January 14, 2009<br>Time: 9:00 am<br>Place Courtroom 6, 14th Floor<br>Before: Judge John A. Mendez |

   IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, UNITED STATES OF AMERICA, and each defendant CAPITOL WASTE, INC. , IVA WHITMIRE, and KENNETH R. WHITMIRE, (hereinafter the "Parties"), through their respective counsel, as follows:

WHEREAS: the Defendants and each of them agree that in order to save the parties extensive costs, legal fees and resources required to litigate the issues raised in plaintiff's complaint and request for temporary and permanent injunctive relief; and

WHEREAS the parties agree that there is a strong likelihood of the Court granting the United

STIPULATION FOR PRELIMINARY INJUNCTION                    1.                    LAW OFFICES OF ROBB HEWITT
1317 Fifteenth Street, Suite A
Sacramento, CA 95814
(916) 447-2012

3859348.1

PDF created with pdfFactory trial version www.pdffactory.com

1 States Motion for Preliminary Injunction;

2 NOW THEREFORE: the Parties agree that, on the Court's approval, a preliminary injunction

3 issue enjoining Defendants herein as follows:

4 A      The Court ORDERS that the Defendants (individually and doing business under any other

5 name or entity), and their representatives, agents, servants, or employees are enjoined from failing

6 to withhold and pay over to the IRS all present and future employment taxes, including federal

7 income, FICA, and FUTA taxes, required by law as they become due from time to time;

8 B.     The Court ORDERS the Defendants to file accurate and timely present and future

9 employment and unemployment tax returns (including Forms 940 and 941), and Forms W-2 and to

10 send copies of such returns and Forms W-2 to counsel for the United States at the same time that

11 they file the originals;

12 C.     The Court ORDERS, effective immediately, that Defendants, within three days of making

13 each Capitol Waste payroll, make employment tax deposits with an appropriate financial

14 institution; and by the next business day following such deposit, send by fax to IRS Revenue

15 Officer Charles Duff (at 916-974-5976) or his designee a receipt evidencing the deposit as well as

16 a completed worksheet showing the method of calculation and the amount for such deposit;

17 D.     The Court ORDERS that Defendants file complete and accurate Forms 941 for Capitol

18 Waste for all quarters beginning with the last quarter of 2000, file complete and accurate Forms

19 940 for Capitol Waste for all years after 1999, file complete and accurate Forms 1120 for Capitol

20 Waste for all years after 2000, all within 90 days of the entry of this order.  Within seven days of

21 filing of such returns with the IRS, Defendants shall file a sworn statement with the Court

22 declaring that such returns have been filed with the IRS;

23 E.     The Court ORDERS the Defendants to file with the Social Security Administration and

24 issue to their employees, at their last known addresses, complete and accurate Forms W-2 for the

STIPULATION FOR PRELIMINARY INJUNCTION                 2.

LAW OFFICES OF ROBB HEWITT
1317 Fifteenth Street, Suite A
Sacramento, CA 95814
(916) 447-2012

3859348.1

PDF created with pdfFactory trial version www.pdffactory.com

1  years 2005 and 2007 within 90 days of the entry of the preliminary injunction, and to send copies

2  of these Forms W-2 to counsel for the United States;

3  F.   The Court ORDERS that Defendants Kenneth and Iva Whitmire file complete and accurate

4  Forms 1040 for all years after 2000, within 90 days of the entry of this order.  Within seven days of

5  filing of such returns with the IRS, Defendants Kenneth and Iva Whitmire shall file a sworn

6  statement with the Court declaring that such returns have been filed with the IRS;

7  G.   The Court ORDERS that Defendants (individually and doing business under any other

8  name or entity), and their representatives, agents, servants, or employees are enjoined from

9  transferring any money or property to any other entity in order to have the salaries or wages of the

10  Defendants' employees paid by the transferee entity (excepting the use by Defendants of bona fide,

11  independent and licensed outside payroll services, subcontractors, or independent contractors or for

12  persons or entities for which a Form 1099 is properly and lawfully issued by Defendants);

13  H.   The Court ORDERS the Defendants (individually and doing business under any other name

14  or entity), and their representatives, agents, servants, or employees, are enjoined from assigning or

15  transferring any property or property rights, or making any disbursements for any purpose, from

16  the date of the preliminary injunction is issued, until the present or future employment tax

17  liabilities, incurred by Defendants, including federal income and FICA taxes, that accrue after the

18  injunction date, are paid to the IRS; and

19  I.   And further, the Court ORDERS Iva Whitmire, Kenneth Whitmire or any person or entity

20  authorized by them to sign checks or make disbursements via money order, or other method, from

21  Capitol Waste's bank accounts, cash funds or other property, to file a statement within fourteen

22  (14) days of the date of the preliminary injunction is issued with IRS Revenue Officer Charles Duff

23  or his designee to the effect that they have read the preliminary injunction issued by this Court, that

24  they will personally determine, for each pay period, that FICA and withholding income taxes, as

STIPULATION FOR PRELIMINARY INJUNCTION       3.       LAW OFFICES OF ROBB HEWITT
1317 Fifteenth Street, Suite A
Sacramento, CA 95814
(916) 447-2012

3859348.1

PDF created with pdfFactory trial version www.pdffactory.com

1  they become due, are fully paid to the IRS prior to signing checks or otherwise disbursing funds;

2  and, that they will not assign or transfer any property, or rights of property, of Capitol Waste,

3  unless all employment taxes (including federal withholding and FICA taxes) for every pay period

4  from the date of the preliminary injunction was issued, have been paid.

5  DATED: December _____, 2008        ADAIR F. BOROUGHS

6  _____

    Attorney for The United States of America

7  DATED: December _____, 2008        ROBB HEWITT

8  _____

9  Attorney for Capitol Waste, Inc., Iva Whitmire
   And Kenneth R. Whitmire

10 IT IS SO ORDERED

11 DATED:   January 5, 2009            JUDGE OF THE UNITED STATES DISTRICT
12                                     COURT

13                                     /s/ John A. Mendez
                                       The Honorable John A. Mendez

STIPULATION FOR PRELIMINARY INJUNCTION        4.

LAW OFFICES OF ROBB HEWITT
1317 Fifteenth Street, Suite A
Sacramento, CA 95814
(916) 447-2012

3859348.1

PDF created with pdfFactory trial version www.pdffactory.com