LAWRENCE G. BROWN
United States Attorney

ADAIR F. BOROUGHS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 305-7546
Email: adair.f.boroughs@usdoj.gov

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil No. 2:08-CV-02378-JAM-EFB |
| Plaintiff, | |
| v. | **ORDER EXTENDING DISCOVERY** |
| CAPITOL WASTE, INC., IVA WHITMIRE, KENNETH R. WHITMIRE, | |
| Defendants. | |

Upon the stipulation of the parties, and for good cause shown,

IT IS ORDERED THAT the final day for discovery shall be May 20, 2009. All other dates contained in the Scheduling Order dated January 15, 2009, shall remain in effect.

IT IS SO ORDERED.


Dated: April 14, 2009                 /s/ John A. Mendez
                                      JOHN A. MENDEZ
                                      United States District Judge