IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CAPITOL WASTE, INC., IVA WHITMIRE, ) <br> KENNETH R. WHITMIRE, ) <br> ) <br> Defendants. ) <br> ) <br> ) | Civil No. 2:08-CV-02378-JAM-EFB <br><br> **ORDER TO SHOW CAUSE WHY DEFENDANTS SHOULD NOT BE HELD IN CONTEMPT** |

Upon the motion of the United States, the memorandum of points and authorities in support thereof, the Declaration of Adair Boroughs and the Declaration of IRS Revenue Officer Charles Duff,

IT IS HEREBY ORDERED that the Defendants Capitol Waste, Inc., Iva Whitmire, and Kenneth Whitmire appear before United States District Judge John A. Mendez, in Courtroom 6 on the 14th floor of the United States District Courthouse in Sacramento, California, on June 17, 2009, at 9:00 a.m., to show cause why they should not be held in contempt for failure to comply with this Court's January 6, 2009 Order Granting Preliminary Injunction.

IT IS FURTHER ORDERED that, in accordance with Local Rule 78-230(c), Defendants Capitol Waste, Inc., Iva Whitmire, and Kenneth Whitmire file a response to the United States Motion for Contempt on or before June 3, 2009, and either personally serve a copy of this response on counsel for the United States by June 3, 2009, or serve this response on counsel for the United States by mail or electronic service by June 1, 2009. If no response is filed and no

appearance is made on the above date, the Defendants will be found in contempt and the Court will impose sanctions and/or incarceration.

**IT IS SO ORDERED.**

DATED: May 8, 2009          /s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge

Submitted by:

LAWRENCE G. BROWN
United States Attorney

/s/ Adair F. Boroughs
ADAIR F. BOROUGHS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-7546