LAWRENCE G. BROWN
United States Attorney

ADAIR F. BOROUGHS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 305-7546
Email: adair.f.boroughs@usdoj.gov

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Civil No. 2:08-CV-02378-JAM-EFB |
| ) | |
| v. ) | **STIPULATION AND PROPOSED** |
| ) | **ORDER FOR ENTRY OF PERMANENT** |
| CAPITOL WASTE, INC., IVA WHITMIRE, ) | **INJUNCTION** |
| KENNETH R. WHITMIRE, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Plaintiff the United States of America ("the United States") and Defendants Capitol Waste, Inc., Iva Whitmire, and Kenneth Whitmire, by counsel undersigned, hereby stipulate and agree to request the Court enter a permanent injunction, enjoining the Defendants as follows:

1. The Court ORDERS that the Defendants (individually and doing business under any other name or entity), and their representatives, agents, servants, or employees are enjoined from failing to withhold and pay over to the IRS all present and future employment taxes, including federal income, FICA, and FUTA taxes, required by law as they become due from time to time;

2. The Court ORDERS the Defendants (individually and doing business under any other name or entity) to file accurate and timely employment and unemployment tax returns (including Forms 940 and 941) and Forms W-2 as required by law as they become due from time to time;

3.   The Court ORDERS, effective immediately, that Defendants, within three days of making each Capitol Waste, Inc. payroll, make employment tax deposits with an appropriate financial institution; and by last day of each calendar month, send by fax to IRS Revenue Officer Charles Duff (at 916-974-5976) or his designee receipts evidencing such deposits for the month as well as a completed worksheet showing the method of calculation and the amounts for such deposits;

4.   The Court ORDERS that Defendants Kenneth and Iva Whitmire file accurate and timely present and future Form 1040 Individual Tax Returns;

5.   The Court ORDERS that Defendants (individually and doing business under any other name or entity), and their representatives, agents, servants, or employees are enjoined from transferring any money or property to any other entity in order to have the salaries or wages of the Defendants' employees paid by the transferee entity (excepting the use by Defendants of bona fide, independent and licensed outside payroll services, subcontractors, or independent contractors or for persons or entities for which a Form 1099 is properly and lawfully issued by Defendants);

6.   The Court ORDERS the Defendants (individually and doing business under any other name or entity), and their representatives, agents, servants, or employees are enjoined from assigning or transferring any property or property rights and from making any disbursements for any purpose, from the entry of the permanent injunction until the Defendants' employment tax liabilities (including federal income and FICA taxes) that accrue after entry of the permanent injunction are paid to the IRS; and

7.   The Court ORDERS Iva Whitmire, Kenneth Whitmire or any person or entity authorized by them to sign checks or make disbursements via money order, or other method, from Capitol Waste's bank accounts, cash funds or other property, to file a statement within fourteen (14) days of the date of the permanent injunction is issued with IRS Revenue Officer Charles Duff or his designee to the effect that (a) they have read the permanent injunction issued by this Court, (b) that they will personally determine, for each pay period, that FICA and withholding income taxes, as they become due, are fully paid to the IRS prior to signing checks or otherwise disbursing funds, and (c) that they will not assign or transfer any property, or rights of property, of Capitol Waste, unless all employment taxes (including federal

withholding and FICA taxes) for every pay period from the date of the permanent injunction was issued, have been paid.

Dated: June 15, 2009    /s/ Adair F. Boroughs  
ADAIR BOROUGHS  
Trial Attorney, Tax Division  
U.S. Department of Justice

Attorney for the United States

Dated: June 12, 2009    /s/ Robb Hewitt (signature attached)  
ROBB HEWITT  
Law Offices of Robb Hewitt

Attorney for Capitol Waste, Inc., Iva Whitmire and Kenneth Whitmire

**IT IS SO ORDERED.**

DATED this 15th day of June, 2009.

/s/ John A. Mendez  
JOHN A. MENDEZ  
U.S. District Court Judge